CHRISTOPHER D. SULLIVAN (148083)
LESLEY ANNE HAWES (117101)
ROXANNE BAHADURJI (290117)
**DIAMOND MCCARTHY LLP**
150 California Street, Suite 2200
San Francisco, CA 94111
Phone: (415) 692-5200
Fax:    (415) 263-9200
Email: csullivan@diamondmccarthy.com
       lhawes@diamondmccarthy.com
       rbahadurji@diamondmccarthy.com

Attorneys for Archer Norris, a
Professional Law Corporation, Debtor
in-Possession

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>ARCHER NORRIS, a Professional Law Corporation,<br><br>        Debtor-in-Possession. | CASE NO.: 18-30924-HLB<br><br>Adv. Proc. No.:<br><br>Chapter 11 |
| ARCHER NORRIS, a Professional Law Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>RALPH CALEDERON, an individual,<br><br>        Defendant. | COMPLAINT FOR BREACH OF CONTRACT; SERVICES RENDERED; OPEN BOOK ACCOUNT; ACCOUNT STATED |

-1-

COMPLAINT

Plaintiff Debtor-in-Possession Archer Norris, a Law Corporation ("Plaintiff" or "Archer Norris"), complains against Defendant Ralph Calderon ("Defendant"), and alleges as follows:

### THE PARTIES

1. Plaintiff is, and at all times relevant hereto was, a California professional law corporation with its principal place of business in Walnut Creek, California.

2. Defendant is, and was at all times relevant hereto, a resident of the State of California. Defendant hired Plaintiff to perform legal services and incur costs on his behalf.

### JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §1334(b) of the United States Bankruptcy Code.

2. This is a non-core proceeding. Archer Norris consents to entry of final orders and/or judgment by this Court.

3. This is the proper venue over the action pursuant to 28 U.S.C. §1409(a) of the United States Bankruptcy Code.

4. This Court has personal jurisdiction over Defendant, in that, among other things, Defendant resides in the State of California.

### GENERAL ALLEGATIONS

5. Defendant engaged Archer Norris to perform legal services and incur costs on his behalf. Defendant agreed to pay for those services and costs as billed.

6. On April 2, 2017, Archer Norris and Defendant entered into a Legal Services Engagement Agreement (the "Agreement") with respect to said legal services and costs. Defendant agreed to the terms of the Agreement and agreed to be liable for all obligations under the Agreement.

7. Archer Norris provided legal services for Defendant and incurred costs on his behalf, for which regular bills were tendered to Defendant for payment.

8. Defendant failed to make payment on the bills tendered to him by Archer Norris in the principal amount of $17,952.92.

9. On August 22, 2018, Archer Norris filed a voluntary petition in this Court under Chapter 11 of Title 11 of the United States Code.

10. On February 21, 2019, this Court entered an Order Confirming Joint Plan of Liquidation Proposed by the Debtor and the Official Committee of Unsecured Creditors (Dated: February 12, 2019).

11. Archer Norris is serving Defendant concurrently herewith a Notice of Defendant's Right to Arbitration pursuant to California Business & Professions Code §6201, *et. seq.*, attached hereto as Exhibit A.

### FIRST CAUSE OF ACTION
(**Breach of Contract**)
(**Against Defendant**)

12. Plaintiff repeats and incorporates by reference paragraphs 1 through 11 above, as though fully set forth herein.

13. On April 2, 2017, Defendant engaged Archer Norris to provide legal services and incur costs on his behalf, pursuant to the terms of the Agreement. Defendant agreed to be liable for all of his obligations under the Agreement.

14. Archer Norris provided legal services and incurred costs on Defendant's behalf, pursuant to the terms of the Agreement.

15. For all services, labor, work performed, and related costs, per the terms of the Agreement, Plaintiff submitted invoices to Defendant, which included itemizations of the specific services provided and costs incurred.

16. Defendant breached the Agreement with Archer Norris by failing and refusing to make payments when due for the legal services provided to him and for costs incurred in connection therewith, despite agreement to do so.

17. Archer Norris fully performed all conditions, covenants, and promises required on its part to be performed in accordance with the terms and conditions of the Agreement, except to the extent performance of such covenants, obligations and/or conditions was waived, prevented, otherwise satisfied or excused.

18. As a result of Defendant's breach of the Agreement and his failure to pay the amounts due under the Agreement, there is now due, owing and immediately due and payable from Defendant to Plaintiff the sum of $17,952.92, plus accruing interest in accordance with proof at trial or time of entry of judgment.

19. Although Archer Norris has made repeated demands on Defendant to pay the amount due and owing to Archer Norris, Defendant has failed and refused, and continues to fail and refuse to pay Archer Norris.

20. As a direct result of Defendant's wrongful and unlawful conduct in the manner described above, Archer Norris has sustained damages, in a sum of at least $17,952.92, plus interest.

21. As a further result of Defendant's wrongful and unlawful conduct in breaching the Agreement, Archer Norris is entitled to interest at the rate of ten percent (10%) per annum.

## SECOND CAUSE OF ACTION
### (Services Rendered)
### (Against Defendant)

22. Plaintiff repeats and incorporates by reference paragraphs 1 through 21 above, as though fully set forth herein.

23. Defendant requested, by words and/or conduct, that Archer Norris perform services and labor, and incur related costs for the benefit of Defendant.

24. Archer Norris performed the requested services, provided labor, and incurred related costs as requested by Defendant.

25. Defendant has not paid Plaintiff for the services rendered, work performed, labor provided, and related costs incurred by Archer Norris.

26. Defendant is indebted to Archer Norris for services rendered, work performed, labor provided, and related costs incurred by Plaintiff at Defendant's request, the reasonable value of which Defendant agreed to pay Archer Norris.

27. The reasonable value of such services rendered and work performed is the sum of $17,952.92.

28. Defendant has failed and refused to pay the amount of $17,952.92 incurred to Archer Norris for services rendered, work performed, labor provided, and related costs incurred by Plaintiff at Defendant's request despite Plaintiff's demand for payment of those sums.

29. As to the $17,952.92 owed for the services rendered to Defendant by Archer Norris, Plaintiff is entitled to pre-judgment interest at the legal pre-judgment rate on such amounts and from such dates as may be determined according to proof at trial or time of entry of judgment at the rate of 10% per annum calculated and accruing on a monthly basis.

### THIRD CAUSE OF ACTION
**(Open Book Account)**
**(Against Defendant)**

30. Plaintiff repeats and incorporates by reference paragraphs 1 through 29 above, as though fully set forth herein.

31. Since 2017, Archer Norris and Defendant had financial transactions comprised of Plaintiff performing services and work, providing labor, and incurring related costs at the request of Defendant for which Plaintiff provided invoices for payment thereof.

32. On a regular basis, Archer Norris billed Defendant. Defendant became indebted on an open book account for legal services rendered and costs incurred.

33. Archer Norris keeps an account of the debits and credits involved.

34. Defendant owes Archer Norris money in the amount of $17,952.92 on the account maintained by Plaintiff for such transactions.

35. Defendant is indebted to Plaintiff on an open book account for money due in the sum of $17,952.92 for services rendered, work performed, labor provided, and related costs incurred by Plaintiff to Defendant at Defendant's request, and for which Defendant agreed to pay said sum, plus interest.

36. Defendant has failed and refused to pay the $17,952.92 owed on the account incurred by Defendant to Plaintiff for services rendered, work performed, labor provided, and related costs incurred by Plaintiff, at Defendant's request despite Plaintiff's demand for payment of those sums to Defendant.

37. As to the $17,952.92 owed for the services rendered to Defendant by Archer Norris, Plaintiff is entitled to pre-judgment interest at the legal pre-judgment rate on such amounts and from such dates as may be determined according to proof at trial or time of entry of judgment at the rate of 10% per annum calculated and accruing on a monthly basis.

### FOURTH CAUSE OF ACTION
**(Account Stated)**
**(Against Defendant)**

38. Plaintiff repeats and incorporates by reference paragraphs 1 through 37 above, as though fully set forth herein.

39. Since 2017, an account was stated between Plaintiff and Defendant, wherein it was agreed that Defendant was indebted to Plaintiff in the sum of $17,952.92. Neither the whole nor any part of the above sum has been paid, although repeated demand has been made by Plaintiff to Defendant for payment of such sum.

40. There is now due, owing, and unpaid from Defendant to Plaintiff, after deducting all just credits and offsets, the sum of $17,952.92, together with interest thereon at the legal pre-judgment rate on such amounts and from such dates as may be determined

according to proof at trial or time of entry of judgment at the rate of 10% per annum calculated and accruing on a monthly basis.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

1. For the sum of $17,952.92, plus interest on such amounts and from such dates as may be determined according to proof at trial or time of entry of judgment;
2. For costs of suit incurred herein; and
3. For such other and further relief as the Court deems just and proper.

Dated: June 12, 2019  DIAMOND MCCARTHY LLP
By:  */s/ Christopher D. Sullivan*
       Christopher D. Sullivan
       Attorneys for Archer Norris, a
       Professional Law Corporation,
       Debtor in-Possession

# EXHIBIT A



# Notice of Client's* Right To Fee Arbitration

| | | | |
|---|---|---|---|
| Client's Name: | Ralph Calderon | Attorney's Name: | Archer Norris, a Professional Law Corporation |
| Client's Address: | Unknown | Attorney's Address: | c/o Diamond McCarthy LLP, 150 California Street, Suite 2200 |
| Client's City, State & Zip: | | Attorney's City, State & Zip: | San Francisco, CA 94111 |

You have an outstanding balance for fees and/or costs for professional services in the amount of $ 17,952.92
charged to you in the matter of C0506-001 - legal advice

☑ I have filed a lawsuit against you in the:  Court: United States Bankruptcy Court  Case No.: To be provided
Address: 450 Golden Gate Avenue, San Francisco, CA 94102

☐ I have filed an arbitration proceeding against you with the:  Agency:  Case No.:
Address:

☐ No lawsuit or arbitration proceeding has yet been filed but may be filed if we do not resolve this claim.

You have the right under Sections 6200-6206 of the California Business and Professions Code to request arbitration of these fees or costs by an independent, impartial arbitrator or panel of arbitrators through a bar association program created solely to resolve fee disputes between lawyers and clients.

You will LOSE YOUR RIGHT TO ARBITRATION UNDER THIS PROGRAM if:

1. YOU DO NOT FILE A WRITTEN APPLICATION FOR ARBITRATION WITH THE BAR ASSOCIATION WITHIN **30 DAYS** FROM RECEIPT OF THIS NOTICE USING A FORM PROVIDED BY THE LOCAL BAR ASSOCIATION OR STATE BAR OF CALIFORNIA FEE ARBITRATION PROGRAM; OR

2. YOU RECEIVE THIS NOTICE AND THEN EITHER (1) ANSWER A COMPLAINT I HAVE FILED IN COURT; OR (2) FILE A RESPONSE TO ANY ARBITRATION PROCEEDING THAT I HAVE INITIATED FOR COLLECTION OF FEES, AND/OR COSTS, WITHOUT FIRST HAVING SERVED AND FILED A REQUEST FOR ARBITRATION UNDER THIS PROGRAM; OR

3. YOU FILE AN ACTION OR PLEADING IN ANY LAWSUIT WHICH SEEKS A COURT DECISION ON THIS DISPUTE OR WHICH SEEKS DAMAGES FOR ANY ALLEGED MALPRACTICE OR PROFESSIONAL MISCONDUCT.

I have the right to file a lawsuit against you if you give up your right to mandatory fee arbitration. If I have already filed a lawsuit or arbitration, you may have the lawsuit or arbitration postponed after you have filed an application for arbitration under this program.

I have determined that:

⦿ There is a local program which may have jurisdiction to hear this matter. The arbitration program listed below is available to you:

| | |
|---|---|
| Name of Program: | Bar Association of San Francisco, Fee Disputes Program |
| Address: | 301 Battery Street, 3rd Floor |
| City, State & Zip: | San Francisco, CA 94111 |
| Telephone No.: | (415) 982-1600 |

You may wish to check the State Bar's website at www.calbar.ca.gov to see if there are other programs available to you.

○ There is no approved local program which has jurisdiction to hear this matter.

The State Bar of California will conduct fee arbitration (1) where there is no approved local program, (2) where there is a local program but it declines for any reason to hear your case, (3) where there is a local program and you wish non-binding arbitration of this dispute and the local program refuses to allow non-binding arbitration of your dispute, or (4) if you believe you cannot receive a fair hearing before the local bar named above. If you need assistance, please contact Mandatory Fee Arbitration, State Bar of California, 180 Howard Street, San Francisco, CA 94105-1639, (415) 538-2020.

Date: June 12, 2019    Attorney: /s/ Christopher D. Sullivan, Attorney for Archer Norris

*The request for arbitration may also be made by a person who is not the client but who may be liable for or entitled to a refund of attorney's fees or costs.